IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CARLOS EDUARDO MARTINEZ BONILLA,

Petitioner,

v. Civil Action No. 2:26-cv-1117

WARDEN OF CAROLINE
DETENTION FACILITY, *et al.*,

Respondents.

**REFERRAL ORDER**

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), this matter is hereby REFERRED to United States Magistrate Judge Lawrence R. Leonard for further proceedings. Magistrate Judge Leonard is hereby designated to conduct hearings, including evidentiary hearings, if necessary, and to submit to this Court proposed findings of fact, if applicable, and recommendations for the disposition by the judge in this case.

Magistrate Judge Leonard shall file a report of proposed findings and recommendations with the Court, and the Clerk shall forthwith mail copies to all parties or their counsel. Within fourteen days after being served with a copy of Magistrate Judge Leonard's report and recommendations, any party may serve and file written objections to such proposed findings and recommendations as provided by 28 U.S.C. § 636(b) and the Local Rules of this Court.

It is ORDERED that Petitioner **IS NOT to be removed** from the United States for any reason without this Court's permission. It is FURTHER ORDERED that Petitioner **IS NOT to be removed or transferred** from this district for any reason without this Court's permission or until a final order is entered in this case.

The Clerk is DIRECTED to send a copy of this Order to Petitioner at his address of record.

It is SO ORDERED.

/s/

Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: October 13, 2026