**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**CARLOS EDUARDO MARTINEZ BONILLA,**

**Petitioner,**

**v.** **Case No. 2:26cv1117**

**NEY HIDALGO, *et al.*,**

**Respondents.**

**ORDER**

On October 9, 2026, Petitioner Carlos Eduardo Martinez Bonilla filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 alleging that he is unlawfully detained at Caroline Detention Facility. *See* ECF No. 1 at 1. Petitioner requests either an individualized bond hearing or his immediate release from immigration detention. *Id.* at 10.

It appears to this Court that the factual circumstances and legal issues presented in this Petition are materially similar to those presented in other recently filed and adjudicated habeas petitions addressing the propriety of mandatory detention pursuant to 8 U.S.C. § 1225(b)(2). Accordingly, it is hereby:

**ORDERED** that **on or before 5:00 p.m. on October 19, 2026**, Respondents must file either: (1) a Notice indicating that the factual and legal issues presented in this Petition do not differ in any material fashion from those presented in *Lopez Garcia v. Guadian*, — F.4th —, No. 25-7044, 2026 WL 2661092 (4th Cir. Sept. 10, 2026), or an opposition to the Petition discussing the material differences between *Lopez Garcia* and the instant Petition. If Respondents file a Notice that there are no material differences between this Petition and *Lopez Garcia*, each of the

substantive filings in that habeas proceeding will be incorporated into this habeas proceeding, and this Court will issue a ruling without further filings from the parties; and it is further

**ORDERED** that if the Respondents file an opposition to the Petition, Petitioner shall file any reply in further support of the Petition on or before October 26, 2026.

The Clerk is **DIRECTED** to forward a copy of this Order to all counsel of record.

It is so **ORDERED**.

/s/
Lawrence R. Leonard
United States Magistrate Judge
Lawrence R. Leonard
United States Magistrate Judge

Norfolk, Virginia
October 14, 2026