**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION,**

**CARLOS EDUARDO MARTINEZ BONILLA,**

**Petitioner,**

**v.** **CASE NO. 2:26-cv-1149**

**WARDEN OF CAROLINE DETENTION FACILITY, et al,**

**Respondents,**

## JUDGMENT IN A CIVIL CASE

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came for decision by the Court. The issues have been considered and a decision has been rendered.

IT IS **ORDERED AND ADJUDGED** that and for good cause shown, it is hereby **ORDERED** that the Motion for Partial Vacatur is **GRANTED**. It is **FURTHER ORDERED** that this Court's Order of October 13, 2026, Dkt. No. 6, to the extent that it precludes Federal Respondents from removing Petitioner from this District in the event Petitioner fails to timely remove himself, is hereby **VACATED.** The petition for a writ of habeas corpus is **DISMISSED AS MOOT.**

**DATED: November 4, 2026**

**LAURA G. GRIFFIN**
**Clerk of Court**
**/s/**
**By:______________________________________**
**J.L. Meyers**
**Deputy Clerk**